**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDGAR GUTIERREZ,

               Petitioner,

         v.

RON GODWIN, Warden,

              Respondent.

Case No. EDCV 19-1339-VBF (JPR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the R. & R. have been filed.

    The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED:   April 21, 2021       /s/ Valerie Baker Fairbank

                                  VALERIE BAKER FAIRBANK
                                  U.S. DISTRICT JUDGE