JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GUTIERREZ,<br><br>                    Petitioner,<br><br>              v.<br><br>RON GODWIN, Warden,<br><br>                    Respondent. | ) Case No. EDCV 19-1339-VBF (JPR)<br>)<br>)<br>)     **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: ___April 21, 2021___          /s/ Valerie Baker Fairbank
                                     VALERIE BAKER FAIRBANK
                                     U.S. DISTRICT JUDGE